UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
July 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § | |
| v. | § | |
| **PETE E. GUTIERREZ, JEANETTE M. GUTIERREZ, GUTIERREZ P. ENTERPRISES, LLC., FGMS HOLDINGS, LLC, OVATION SERVICES, LLC, CAPITAL ONE, NATIONAL ASSOCIATION, AND DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC.,** | § | **CIVIL NO. SA:21-CV-00286-OLG** |
| Defendants. | § | |

## ORDER

Before the Court is United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R) concerning Plaintiff the United States of America's Motion for Partial Summary Judgment (*see* Dkt. No. 39) and Motion to Dismiss Defendants Capital One and Ovation Services (*see* Dkt. No. 46).[1] (R&R, Dkt. No. 51, filed Apr. 20, 2023.) Defendants Pete E. Gutierrez and Jeanette M. Gutierrez were served with a copy of the R&R on May 1, 2023, and the time to object has passed. (Dkt. No. 53.) Because no party has objected to the R&R, the Court has reviewed the recommendation to determine whether it is clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). It is not. Accordingly, the Court concludes that Magistrate Judge Farrer's Report and Recommendation (Dkt. No. 51) should be and hereby is **ADOPTED**.

---

[1] In light of the United States' stipulations with FGMS Holdings, LLC (*see* Dkt. No. 32) and Deutsche Bank Trust Company Americas (*see* Dkt. No. 33), the pending motions—which the R&R recommends be granted in full—resolve all outstanding issues in this matter. (*See* Dkt. Nos. 47 & 48.)

It is therefore **ORDERED** that, for the reasons stated in the R&R, Plaintiff's Motion for Summary Judgment (Dkt. No. 39) and Plaintiff's Motion to Dismiss Defendants Capital One and Ovation Services (Dkt. No. 46) are **GRANTED**.

It is so **ORDERED**.

**SIGNED** this ⎯⎯ day of July, 2023.

ORLANDO L. GARCIA
United States District Judge